IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KATHLEEN BLAHA, | |
| Petitioner, | |
| VS. | NO. 5:16-CV-516 (MTT) |
| Warden SUE MICKENS, | |
| Respondent. | **O R D E R** |

Petitioner Kathleen Blaha, an inmate at Pulaski State Prison, filed a *pro se* petition for habeas corpus relief pursuant to 28 U.S.C. § 2241, to challenge the execution of her criminal sentence (ECF No. 1). By Order dated December 20, 2016, United States Magistrate Judge Charles Weigle instructed Petitioner to submit a certified copy of her inmate account statement (ECF No. 6). In the same Order, Judge Weigle instructed Petitioner to supplement her petition to state whether she had exhausted her state court remedies. *Id.* Petitioner was given twenty-one (21) days to respond to the Court's Order and specifically warned that a failure to fully and timely comply may result in the dismissal of her habeas petition. *Id.* Shortly thereafter, Petitioner moved for an extension of time (ECF No. 7), which Judge Weigle granted (ECF No. 8). Although Petitioner submitted her inmate account statement (ECF No. 9), she failed to supplement her petition with information about her exhaustion of state remedies. Consequently, the Court entered an Order directing Petitioner to show cause why her petition should not be dismissed. (ECF

No. 10).  The final deadline was February 20, 2017.  As of today's date, Petitioner has neither supplemented her petition nor responded to the Court's show cause Order.

Because of this failure, Petitioner's petition is hereby **DISMISSED** without prejudice.  *See* Fed. R. Civ. P. 41(b); *see also Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (noting that failure to comply with a court order is grounds for dismissal in a habeas case).

**SO ORDERED**, this 3rd day of March, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT